IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,   )
                            )
            Plaintiff,      )        8:01CR323
                            )
      v.                    )
                            )
MICHAEL L. HILL,            )        ORDER
                            )
            Defendant.      )
_____)
```

IT IS ORDERED that a hearing on plaintiff's motion for Rule 35 (Filing No. 50) is rescheduled for:

**Friday, February 3, 2006, at 10:15 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska.  Defendant need not be present.

DATED this 27h day of December 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
      LYLE E. STROM, Senior Judge
      United States District Court