IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:01CR323 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL L. HILL, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion to continue (Filing No. 54).  The Court finds said motion should be granted.  Accordingly

IT IS ORDERED that a hearing on plaintiff's motion for Rule 35 (Filing No. 50) is rescheduled for:

**Thursday, February 2, 2006, at 8:15 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska.  Defendant need not be present.

DATED this 20th day of January, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court